IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASUL MUHAMMAD, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:19-cv-07748 Hon. Joan H. Lefkow |
| ROYCE CONFECT USA, INC., | ) ) | Mag. Hon. M. David Weisman |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Royce Confect USA, Inc. by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, each party to bear its own costs and attorney's fees.

STIPULATED AND AGREED:


s/ *R. Joseph Kramer*　　　　　　　　　　s/ *Ryan T. Benson*　　　　　　　　
R. Joseph Kramer　　　　　　　　　　　　Ryan T. Benson
KRAMER INJURY LAW LLC　　　　　　　O'Hagan Meyer LLC
225 W. Washington Street, Ste. 2200　　　　1 E Wacker, Suite 3400
Chicago, IL 60606　　　　　　　　　　　　Chicago, IL 60601
Phone: (312) 775-1012　　　　　　　　　　Phone: (312) 422-6138
Joe@rjklawyer.com　　　　　　　　　　　rbenson@ohaganmeyer.com

*Attorney for Plaintiff Muhammad*　　　　*Attorney for Defendant Royce Confect USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on July 21, 2020.

*/s/* Ryan T. Benson
Ryan T. Benson


Ryan T. Benson
O'Hagan Meyer LLC
1 E Wacker, Suite 3400
Chicago, IL 60601
Phone: (312) 422-6138
rbenson@ohaganmeyer.com

*Attorney for Defendant Royce Confect USA, Inc*